HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GREGORY BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY BARTLETT,<br><br>Defendant. | Case No. 6:15-mj-00122-MJS<br><br>MOTION TO VACATE JANUARY 10, 2017 REVIEW HEARING; ORDER |

Defendant Gregory Bartlett hereby requests that the Court vacate the January 10, 2017 review hearing, as Mr. Bartlett is in full compliance with the terms of his probation.

On January 27, 2016, the Court sentenced Mr. Bartlett to twelve months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, pay a $1,500 fine, and complete fifty hours of community service. Mr. Bartlett has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 30, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
GREGORY BARTLETT

**O R D E R**

Based on the parties' joint representation that Mr. Bartlett has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for January 10, 2017, at 10:00 a.m. in Case No. 6:15-mj-00122-MJS.

IT IS SO ORDERED.

Dated:   January 1, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Bartlett: Motion to
Vacate Review Hearing